EUREKA FIRE HOSE COMPANY, respondent,

*v.*

EUREKA RUBBER MANUFACTURING COMPANY, appellant.

[Argued March 8th, 1906.  Decided November 19th, 1906.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *69 N. J. Eq. 159.*

*Mr. John V. B. Wicoff*, for the appellant.

*Messrs. Crouse & Perkins*, for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Emery.

*For affirmance*—GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GRAY—10.

*For reversal*—None.